UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH DIVISION

| | | |
|---|---|---|
| JOSEPH T. WILLIAMS-BEY, | ) | |
| Plaintiff | ) ) ) | |
| vs. | ) ) | CAUSE NO. 3:05-CV-050 RM |
| SHARON R. A. GOULD , | ) ) ) | |
| Defendant | ) | |

OPINION AND ORDER

Plaintiff Joseph Williams-Bey, a prisoner confined at the Indiana State Prison requests leave to proceed *in forma pauperis* on appeal. Pursuant to to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." For the reasons stated in this court's order of March 3, 2005, the court finds that this appeal is not taken in good faith. Mr. Williams-Bey may still proceed with this appeal, but do so he must pay the full amount of the filing and docketing fees.

For the foregoing reasons, the court DENIES the plaintiff's motion for leave to proceed *in forma pauperis* on appeal (docket #21); AFFORDS him to and including May 31, 2005, within to pay the $255.00 appellate and docketing fees; and ADVISES him that if he does not pay the filing and docketing fees by that date, this appeal may be dismissed by the United States Court of Appeals for the Seventh Circuit.

SO ORDERED.

ENTERED: May  9 , 2005

/s/ Robert L. Miller, Jr.
Robert L. Miller, Jr., Chief Judge
United States District Court